# Order

Michigan Supreme Court
Lansing, Michigan

November 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153691

KELLI SHINN,
  Plaintiff-Appellee,

v

STATE OF MICHIGAN SECRETARY OF
STATE ASSIGNED CLAIMS FACILITY,
  Defendant,

and

AMERICAN COUNTRY INSURANCE
COMPANY,
  Defendant-Appellee,

and

FARMERS INSURANCE EXCHANGE,
  Defendant-Appellant.

_____/

SC: 153691
COA: 324227
Wayne CC: 13-008123-NF

   On order of the Court, the application for leave to appeal the March 29, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016



Clerk

a1116